SCWC-12-0000812

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF V.G.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000812; FC-J NO. 0089867)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on March 29, 2014, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 13, 2014.

Harrison L. Kiehm,            /s/ Mark E. Recktenwald
for petitioner

                              /s/ Paula A. Nakayama

                              /s/ Sabrina S. McKenna

                              /s/ Richard W. Pollack

                              /s/ Michael D. Wilson

